Argued and submitted March 30, reversed and remanded for reconsideration
November 8, 1995

DON CORTIER VANN,
*Petitioner,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent.*

(CA A83738)

904 P2d 656

Sally L. Avera, Public Defender, argued the cause and filed the brief for petitioner.

Robert K. Lau, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Fernandez v. Board of Parole*, 137 Or App 247, 904 P2d 1071 (1995).